(February 2, 2017)

■ Justin Nazario, Appellant-Respondent, v 222 Broadway, LLC, et al., Respondents. 222 Broadway, LLC, et al., Third-Party Plaintiffs-Respondents, v Knight Electrical Services Corp., Third-Party Defendant-Respondent-Appellant/Second Third-Party Defendant-Respondent-Appellant/Third Third-Party Defendant-Respondent-Appellant. Jones Lang LaSalle Americas, Inc., Second Third-Party Plaintiff-Respondent. 222 Broadway, LLC, Third Third-Party Plaintiff-Respondent. [46 NYS3d 411]—Appeals having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Geoffrey D. Wright, J.), entered on or about April 7, 2014, and said appeals having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon remittur from the Court of Appeals (28 NY3d 1054 [2016]); and upon the stipulation of the parties hereto dated January 10, 2017, it is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Renwick, Moskowitz, Manzanet-Daniels and Feinman, JJ.